

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 25, 2017

___

RICK A YARNALL  
Chapter 13 Bankruptcy Trustee  
Daniel Riggs, Esq.  
Nevada Bar No.: 12270  
701 Bridger Ave., Ste. 820  
Las Vegas, NV 89101  
RAY13mail@lasvegas13.com

E-Filed: 7/24/17

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>KATHLEEN LYNNE RAY<br><br>　　　　　　Debtor. | BK-S-14-16060-MKN<br>Chapter 13<br><br>**ORDER VOLUNTARILY DISMISSING DEBTOR'S CASE**<br><br>Hearing Date: July 19, 2017<br>Hearing Time: 2:30 p.m. |

    Confirmation of Debtor's proposed chapter 13 Plan #6 having come on for hearing on July 19, 2017 at 2:30 pm, with Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, appearing through counsel, and Kathleen Lynn Ray, appearing pro-se, other appearances as noted on the record.

    At the hearing, the Court took notice of the Debtor's Notice of Voluntary Dismissal filed on July 10, 2017. See Docket #314. Debtor confirmed that her intention was to voluntarily dismiss case No: 14-16060-MKN, as another active bankruptcy case No: 17-13663-MKN had been filed. Debtor requested that the

1

1  Court treat her Notice of Voluntary Dismissal as a Motion for Voluntary Dismissal. There was no opposition
2  to the Debtor's request to Voluntarily Dismiss case No: 14-16060-MKN. After considering the papers and
3  pleadings on file, and any arguments made at the hearing, the Court held as follows:
4      IT IS HEREBY ORDERED that Debtor's Motion for Voluntary Dismissal is GRANTED;
5      IT IS FURTHER ORDERED that case #14-16060-MKN is VOLUNTARILY DISMISSED without
6  prejudice to the filing of case #17-13663-MKN;
7      IT IS FINALLY ORDERED that any pending adversary proceedings filed in conjunction with case
8  No: 14-16060-MKN shall not be affected by this Order;
9      IT IS SO ORDERED.

11  Submitted by:

13  _____  Date: 7/19/2017
    Daniel Riggs, Esq.
14  Attorney for Rick A. Yarnall,
    Chapter 13 Bankruptcy Trustee

17  _____  Date: 7-23-2017
    Kathleen Lynne Ray
18  Pro Se Debtor

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Date: 7/24/17

Leah Engel
An Employee of RICK A. YARNALL
Chapter 13 Bankruptcy Trustee

###

3